# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| TRI-CHURCHES HOUSING, INC. | * | Case No. 09-16670 (Chapter 7) |
| | * | |
| Debtor | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Please take notice that The Family League of Baltimore City, Inc., by its undersigned counsel, appears in this matter, pursuant to Bankruptcy Rules 2002 and 9010 and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Rosen Hoover P.A.
> One Charles Center
> 100 N. Charles Street, Suite 1010
> Baltimore, Maryland 21201
> Attention: Cindy R. Diamond, Esquire
> cdiamond@rosenhooverlaw.com

Please take further notice that pursuant to Section 1109(c) of the Bankruptcy Code, the aforesaid demand includes not only the notices and papers referred to in Rules specified above, but also includes, without limitation, orders and notices of application, motions, petitions, pleadings, requests, complaints, demands, disclosure statement, plans of reorganization, and answering of

reply papers whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier, or otherwise.

                                          Cindy R. Diamond
                                          Rosen Hoover P.A.
                                          One Charles Center
                                          100 N. Charles Street, Suite 1010
                                          Baltimore, Maryland  21201
                                          (410) 539-6606
                                          cdiamond@rosenhooverlaw.com

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that on the 27th day of May, 2009, a copy of the foregoing Notice of Appearance and Request for Service was mailed, first class mail, postage pre-paid and/or sent via electronic delivery to:

Tri-Churches Housing, Inc.
815 Scott Street
Baltimore, Maryland  21230

Robert W. Taylor, Jr., Esquire
Francomano, Butler, Melfa & Taylor P.A.
407 W. Pennsylvania Avenue
Towson, Maryland  21204

Joel I. Sher, Esquire
Shapiro, Sher Guinot & Sandler
36 South Charles Street, Suite 2000
Baltimore, Maryland 21201

Office of the United States Trustee
Department of Justice
101 W. Lombard Street, Room 2650
Baltimore, Maryland  21201

                                          Cindy R. Diamond

2943.001\Notice.appearance052709